| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | HILARY A. FOX |
| | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
| | Oakland, CA 94607 |
| 4 | Tel: (510) 637-3500 |
| | Counsel for Defendant HINOJOSA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 06-0306-MJJ |
| | ) |
| v. | ) STIPULATION AND [PROPOSED] |
| | ) ORDER CONTINUING HEARING |
| JAVIER HINOJOSA, | ) DATE |
| | ) |
| Defendant. | ) Date: July 21, 2006 |
| | ) Time: 2:30 p.m. |
| | ) Court: Hon. Martin J. Jenkins |
| | U.S. District Court |

    This matter is currently scheduled for status on Friday, July 21, 2006, at 2:30 p.m. The parties jointly request that this hearing date be continued until August 25, 2006, at 2:30 p.m. in the Federal Courthouse in Oakland, California, for the reasons set forth below.

    At this time, defendant has received and reviewed the discovery and, in addition, has conducted his own investigation into the circumstances of this offense. As part of this investigation, defendant has requested from other agencies documents relating to his prior deportations. At this time, defendant still has not received some items that were requested some time ago and that are relevant to his defense. The parties therefore jointly stipulate and agree that the matter should be continued until August 25, 2006, to afford defendant a few additional weeks to obtain and review these additional records and, if appropriate, pursue a possible disposition. The parties further stipulate and agree that the time between July 21 and August 25, 2006, should be excluded under the Speedy Trial Act, to afford the defendant the reasonable time necessary for

STIP AND ORD TO CONT HEARING    - 1 -

effective preparation, taking into account the exercise of due diligence, as authorized under 18 U.S.C. §3161(h)(8)(A) and (b)(iv).

SO STIPULATED.

Dated: July 27, 2006 /S/

HILARY A. FOX
Attorney for Defendant HINOJOSA

SO STIPULATED.

Dated: July 27, 2006 /S/

VINEET GAURI
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that the hearing currently set for Friday, July 21, 2006, at 2:30 p.m. is continued to Friday, August 25, 2006, at 2:30 p.m. in the Federal Courthouse in Oakland, California. The Court further finds that the period from July 21 through August 25, 2006, shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (b)(iv), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court finds, based on the stipulation of the parties, that the continuance is necessary to afford the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: July 31, 2006

MARTIN J. JENKINS
United States District Court

STIP AND ORD TO CONT HEARING        - 2 -