KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI, (CABN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JAVIER HINOJOSA,<br><br>   Defendant. | Case No. 06-00306 MJJ<br><br>[PROPOSED] ORDER GRANTING JOINT REQUEST AND STIPULATION TO VACATE PRE-TRIAL DEADLINES AND TRIAL DATE<br><br>Date:  February 2, 2007<br>Time:  3:30 p.m.<br><br>Before the Honorable Martin J. Jenkins |

On January 24, 2007, the parties filed the Joint Request and Stipulation to Vacate Pre-Trial Deadlines and Trial Date. Based on the defendant's intention to plead guilty to the single count of the indictment, either by plea agreement or by pleading open,

IT IS HEREBY ORDERED that the pre-trial filing deadlines and the trial date in this matter are VACATED. The matter is set for change of plea on February 2, 2007 at 3:30 p.m.

DATED: January 25, 2007,

_____
HON. MARTIN J. JENKINS
United States District Judge

[PROPOSED] ORDER GRANTING JOINT REQUEST AND
STIPULATION TO VACATE PRE-TRIAL DEADLINES AND TRIAL DATE
Case No. 06-00306 MJJ          1